**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

_____
                        )

| | |
|---|---|
| **CARLOS VARGAS,** ) | **No. LA CV 16-06671-VBF-GJS** |
| ) | **ORDER** |
| Petitioner, ) | Adopting the Report & Recommendation; |
| v. ) | Denying the Habeas Corpus Petition; Dismissing the Action With Prejudice; |
| M.E. SPEARMAN, ) | |
| ) | Directing Separate Final Judgment; Directing Entry of Separate COA Order; |
| Respondent. ) | Terminating and Closing Action (JS-6) |

_____

     This is an action for a Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254. The United States Magistrate Judge issued a Report and Recommendation ("R&R") on January 31, 2018. *See* Document ("Doc") Doc 24. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the habeas petition (Doc 1), respondent's answer (Doc 17), decisions of the state courts, petitioner's traverse (Doc 21), Judge Standish's R&R (Doc 24), and the applicable law. Petitioner has not filed objections within the time allotted by Local Civil Rule 72-3.4. Federal Rule of Civil Procedure 72(b)(3) requires a District Judge to conduct de novo review only of those portions of an R&R to

which a party has filed timely specific objection. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)( C)). Conversely, absent timely objection purporting to identify specific defects in the R&R, the District Judge has no obligation to review the R&R at all. *See Reyna-Tapia*, 328 F.3d at 1121 (en banc); *see also Thomas v. Arn*, 474 U.S. 140, 152, 106 S. Ct. 466, 473 (1985). "Nonetheless, the Magistrates Act does not *preclude* a district judge from reviewing an R&R to make sure that it recommends a legally permissible and appropriate outcome (based on sound reasoning and valid precedent) if she chooses to do so." *Juarez v. Katavich*, 2016 WL 2908238, *2 (C.D. Cal. May 17, 2016) (citations omitted). "'Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that [w]hen no timely objection is filed, the Court review the magistrate's recommendations for clear error on the face of the record.'" *Id.* at 2 (citation omitted). **On clear-error or de novo review, the Court finds no defect of law, fact, or logic in the R&R.**

## ORDER

The Report and Recommendation **[Doc # 24] is ADOPTED**.

The petition for writ of habeas corpus **[Doc # 1] is DENIED.**

The Court will rule on a certificate of appealability by separate order. As required by Fed. R. Civ. P. 58(a), the Court will enter judgment by separate document.

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

Dated: May 4, 2018

_____

Hon. Valerie Baker Fairbank

Senior United States District Judge