# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CARLOS VARGAS,** <br> Petitioner, <br> v. <br> M.E. SPEARMAN, <br> Respondent. | No. LA CV 16-06671-VBF-GJS <br> **FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Carlos Vargas.** IT IS SO ADJUDGED.

Dated: May 4, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge